# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **CHRISTOPHER ANDY FRANCOIS** | **CIVIL ACTION** |
| **VERSUS** | **NO:    08-3485** |
| **SGT. WILLIAM RIGDON, ET AL** | **SECTION: "A" (4)** |

## O R D E R

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the failure of the plaintiff to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that the Defendants' **Motion for Summary Judgment (Rec. Doc. No. 45)** is hereby **GRANTED**. Christopher Andy Francois's Complaint is hereby **DISMISSED WITHOUT PREJUDICE** for failure to exhaust administrative remedies.

**IT IS FURTHER ORDERED** that the warden of the Rayburn Correctional Center shall thoroughly review the second grievance filed by Francois (ARP No. RCC 2007-508) within 60 days of the date of this order to allow him to properly exhaust administrative remedies.

New Orleans, Louisiana, this 14th day of May 2009.

_____
UNITED STATES DISTRICT JUDGE